UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS PAUL PRUST,

    Petitioner,

v.                                         Case No. 25-CV-865

NATIONSTAR MORTGAGE, LLC,

    Respondent.

# ORDER

The court on July 8, 2025, dismissed (or in the alternative remanded to state court) the action filed by Thomas Paul Prust. On July 14, 2025, Prust filed a document titled "Writ of Error Objecting & Dismissing Administrator/Judge's Order." (ECF No. 9.)

Having reviewed the filing, the court finds the arguments presented to be without merit. Insofar as this filing can be construed as a motion under Federal Rule of Civil Procedure 59(e), it is **denied**.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 23rd day of July, 2025.

                                                   *s/ Byron B. Conway*
                                                   BYRON B. CONWAY
                                                   United States District Judge